ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elizabeth Richardson**　　　　　　　　　　　　**Docket No. 7:23-CR-20-1M**

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED
Hearing Requested

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Elizabeth Richardson, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 28th day of March, 2023.

On April 11, 2023, a Violation Report was submitted to the court reporting that the defendant tested positive for methamphetamine on March 29, 2023.

On May 24, 2023, the defendant pled guilty to Wire Fraud, in violation of 18 U.S.C. § 1343. Sentencing is currently scheduled for the September 26, 2023, term of court before The Honorable Judge Richard E. Myers, II, Chief United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As the court is aware, the defendant has been participating in substance abuse treatment and testing since her release to pretrial supervision in March 2023. On August 15, 2023, she submitted a urinalysis, which was confirmed as positive for methamphetamine by Abbott Laboratories on August 21, 2023. This officer met with the defendant on August 29, 2023, at which time she admitted to using methamphetamine on or about August 14, 2023, and again on or about August 22, 2023.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Kristyn Super
　　　　　　　　　　　　　　　　　　　　Kristyn Super
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5104
　　　　　　　　　　　　　　　　　　　　Executed On: August 30, 2023

Elizabeth Richardson
Docket No. 7:23-CR-20-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 1st day of September, 2023, and ordered filed and made part of the records in the above case.

_____
Richard E. Myers, II
Chief U.S. District Judge