UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elizabeth Richardson**　　　　　　　　　　　　　　　　**Docket No. 7:23-CR-20-1M**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elizabeth Richardson, who, upon an earlier plea of guilty to Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 13, 2023, to the custody of the Bureau of Prisons for a term of 1 year and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Elizabeth Richardson's projected release date from the Bureau of Prisons is August 14, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In December 2023 the defendant submitted a release plan to reside with her boyfriend in Jacksonville, North Carolina. The release plan as presented is unacceptable and may not be resolved prior to her eligibility for home confinement through the Bureau of Prisons. Should she not be able to provide an acceptable release plan prior to her release from custody, she has agreed to temporary placement at the residential reentry center until a suitable release plan can be secured. It is recommended that the probation officer be allowed to authorize her release from the residential reentry center should she obtain an approved release plan prior to the expiration of the 180-day placement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The probation officer is authorized to approve Richardson's release from the residential reentry center prior to 180 days should the defendant secure a residence approved for release.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　　　/s/ Kristyn Super
　　　　　　　　　　　　　　　　　　　　Kristyn Super
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　Phone: 910-346-5104
　　　　　　　　　　　　　　　　　　　　Executed On: April 12, 2024

Elizabeth Richardson
Docket No. 7:23-CR-20-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 16th day of April, 2024, and ordered filed and made a part of the records in the above case.

/s/ Richard E. Myers II
Richard E. Myers II
Chief United States District Judge